Pell
v.
Grigg.

PELL AND WIFE *against* GRIGG.

*If the declaration be for a cause of action different from the ac etiam, the special bail may move for an exoneretur, which will be ordered with costs.*

THE *ac etiam* in the *alias capias ad respondendum*, on which the defendant was arrested, was thus : " for speaking, uttering and publishing certain slanderous, scandalous, and actionable words against the said Joseph and Sarah, to their damage, &c." The defendant having been holden to bail below upon a Judge's order, put in bail above. The declaration was for maliciously suing out an attachment under the absconding debtor act, against Mrs. Pell, upon false representations, and affidavits wrongfully procured ; and upon the false affidavit of the defendant, &c.

*H. A. Fay*, moved that an *exoneretur* be entered on the original bail piece, for the variance between the *ac etiam* and the declaration ; and cited Tidd's Pr. 242, 2 H. Bl. 278. 2 B. & P. 358.

*H. A. Western*, contra, believed that the bail were discharged by the variance ; but insisted that the motion was unnecessary, and should, therefore, be denied. The variance exonerated the bail by its own operation ; and would be a defence in an action on the recognizance. At any rate, costs should not be allowed against the plaintiff.

*Fay*, in reply, said the bail were entitled to a discharge of record. Without this formality, they would be liable to a suit. The delay to apply for this would, by and by, be insisted on as a waiver of the objection.

*The Court*, without assigning their reasons, granted the motion with costs.

                                        Rule accordingly.